United States District Court
Southern District of Texas
**ENTERED**
February 09, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SCP DISTRIBUTORS, L.L.C., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-22-4522 |
| | § | |
| TEXAS POOL GROUP, L.L.C., | § | |
| KEVIN ENTRALGO, WILLIAM HICKS, | § | |
| and BRYAN THOMPSON, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order granting Plaintiff's Motion for Summary Judgment, the court **ORDERS** and **ADJUDGES** that SCP Distributors, L.L.C., recover judgment against Defendants Texas Pool Group, L.L.C., William Hicks, and Bryan Thompson, jointly and severally, in the principal amount of $252,797.48, prejudgment interest at the rate of 8.5% per annum beginning on December 30, 2022, and continuing to the date preceding the date of this Final Judgment in the amount of $23,842.61, and attorneys' fees in the amount of $21,569.00, for a total recovery now of $298,209.09; and post-judgment interest at the rate of 8.5% per annum beginning the date following the date of this Final Judgment until the judgment is paid in full.

Costs shall be taxed against the Defendants.

This is a **FINAL JUDGMENT**.

SIGNED at Houston, Texas, this 9th day of February, 2024.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE